# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| TRACY KLEMM, INDIVIDUALLY AND AS N/B/F OF K.K., A MINOR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO: 3:12-CV-739-RL-CAN ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, BARRY AND LISA CADDEN, and GREGORY CONIGLIARO, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP

By: */s/ Dina M. Cox*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England Compounding Pharmacy, Inc.*

2

**CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
Edmond W. Foley
FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN  46617

                                       */s/ Dina M. Cox*
                                       DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\7 - Klemm\Federal Court Pleadings\Notice of Stay_Bankruptcy.docx